NEW YORK ELECTRICAL WORKERS UNION, Appellant, *v.*
HARRY ALEXANDER et al., Respondents.

*N. Y. Electrical Workers Union* v. *Alexander,* 140 App. Div. 934, affirmed.
(Argued February 6, 1911; decided February 21, 1911.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
November 28, 1910, affirming a judgment in favor of defend-
ants entered upon an order of Special Term granting a motion
for judgment on the pleadings in an action to recover damages
arising out of an alleged conspiracy.

*Benjamin Patterson* and *George Bell* for appellant.

*Frederick Hulse* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BART-
LETT, HISCOCK, CHASE and COLLIN, JJ.

---

CHARLES M. EATON, Appellant, *v.* ORIENT INSURANCE
COMPANY, Respondent.

*Eaton* v. *Orient Ins. Co.,* 141 App. Div. 928, affirmed.
(Argued February 6, 1911; decided February 21, 1911.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 15, 1910, affirming a judgment in favor of defend-
ant entered upon an order of Special Term granting a motion
for judgment on the pleadings in an action to recover for an
alleged libel.

*William B. Ellison, Bruce Ellison* and *Lewis E. Sisson*
for appellant.

*Hartwell Cabell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BART-
LETT, HISCOCK, CHASE and COLLIN, JJ.